POST et al., Respondents, v. THOMAS, Appellant, et al. (two cases). (Supreme Court, Appellate Division, First Department. April 28, 1911.) Actions by Edwin M. Post and others against Edward R. Thomas, impleaded with others. R. A. Irving, for appellants. W. G. Wilson, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 App. Div. 912, 125 N. Y. Supp. 1140.

POTTHOFF, Appellant, v. SAFETY ARMORITE CONDUIT CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Gerhard T. Potthoff against the Safety Armorite Conduit Company. No opinion. Motion for reargument of motion to resettle order denied. Motion to resettle order granted, and order signed. See, also, 128 N. Y. Supp. 1142.

POTTS, Appellant, v. LAMBIE, Respondent. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Frank G. Potts against J. Edward Lambie. J. A. Taylor, for appellant. I. N. Miller, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 138 App. Div. 144, 122 N. Y. Supp. 935.

DOWLING, J., dissents.

PRATT. Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Arthur M. Pratt against the Erie Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 128 N. Y. Supp. 1142.

PRESSPRICH, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by O. Pressprich, Jr., against J. W. White. No opinion. Judgment unanimously affirmed, with costs.

PROCTOR, Appellant. v. HALL et al., Respondents. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by William Proctor against William W. Hall and others, individually, etc. H. G. Sanford, for appellant. T. C. Ennever, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PURCELL. Respondent, v. UNITED STATES GRAND LODGE, INDEPENDENT ORDER OF SONS OF BENJAMIN, Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by Rebecca Purcell, administratrix. etc., against the United States Grand Lodge, Independent Order of Sons of Benjamin.

PER CURIAM. Motion to dismiss appeal denied, with leave to renew if the case is not brought on for argument at the next term of this court, provided that the respondent will either stipulate that the copies of the exhibits printed in the appeal book are correct copies thereof, or will forthwith file the original of such exhibits with the county clerk of Kings county, so that he may certify the record on appeal.

PUTNAM, Respondent, v. VILLAGE OF SAVONA, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Emma L. Putnam against the Village of Savona.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the notice of claim was insufficient.

REDER et al., Respondents, v. BYRNE, Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Ignatz Reder and another against John T. Byrne. No opinion. Motion denied, with $10 costs. See, also, 128 N. Y. Supp. 1142.

REGAN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by John Regan against the Nassau Electric Railroad Company. No opinion. Judgment and order of the Municipal Court, reversed, and new trial ordered, costs to abide the event, on the ground that plaintiff has not shown himself free from contributory negligence.

In re REYNOLDS et al. (Supreme Court, Appellate Division, First Department. May 12, 1911.) In the matter of Wm. S. Reynolds and others. J. T. Davies, for appellant. E. R. O'Malley, for respondent. No opinion. Appeal dismissed, without costs. Order filed. See, also, 129 N. Y. Supp. 629.

RIAN, Respondent, v. BROMELL, Appellant. (Supreme Court, Apellate Division, Second Department. April 28, 1911.) Action by Frank P. Rian against Alfred H. Bromell. No opinion. Order unanimously affirmed, with costs.

In re RICH. (Supreme Court, Appellate Division, First Department. May 12, 1911.) In the matter of Maurice B. Rich, an attorney. No opinion. Reference ordered before the official referee. Settle order on notice.

RICHARDS, Appellant. v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 19, 1911.) Action by P. Devereux Richards against the Board of Education of the City of New York. W. S. Evans, for appellant. C. McIntyre, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

RIKER et al. v. MANCHESTER ASSUR. CO. OF MANCHESTER, ENG. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Edward L. Riker and others against the Manchester Assurance